————o————

WASHINGTON MERCER, Respondent, *vs.* THE KANSAS CITY, ST. JOSEPH AND COUNCIL BLUFFS RAILROAD COMPANY, Appellant.

1. Wilson vs. Kansas City, St. Jo. & Council Bluffs R. R., *ante*, p. 184, affirmed.

*Appeal from Nodaway Circuit Court.*

*Willard P. Hall*, for Appellant.

*B. K. Davis, with W. L. Johnson*, for Respondent.

VORIES, Judge, delivered the opinion of the court.

The points raised by the appellant in this case are identical with the points discussed and decided by this court at the present term in the case of Reason Wilson vs. Kansas City, St. Jo. & Council Bluffs R. R. Co.

For the reasons given in the opinion, in that case, the judgment in this case is affirmed; the other judges concur.